# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 28, 2023

## NO. 03-23-00095-CV

**Ellen Jones, Appellant**

**v.**

**Paul Wright, Appellee**

### APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
### SET ASIDE AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment signed by the trial court on November 16, 2022. The parties have filed a Joint Motion to Set Aside Trial Court's Final Judgment Without Regard to the Merits and Remand Case to Trial Court. Having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court sets aside the trial court's judgment without regard to the merits and remands the cause to the trial court for rendition of a judgment in accordance with the parties' agreement. Each party shall pay the costs of the appeal pursuant to their agreement; absent an agreement on costs, each party shall pay the costs of the appeal incurred by that party, both in this Court and in the court below.